UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VICTOR J. BRAVO, | ) | Case No. CV 07-4950 ABC (FFM) |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS, |
| v. | ) | CONCLUSIONS AND |
| | ) | RECOMMENDATIONS OF |
| DR. WEAVER, et al., | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: __October 20, 2008__

_Audrey B. Collins_

AUDREY B. COLLINS
United States District Judge