UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR J. BRAVO, | Case No. CV 07-4950 ABC (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| DR. WEAVER, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: October 20, 2008

*Audrey B. Collins*

AUDREY B. COLLINS
United States District Judge